**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6221

LAWRENCE CHARLES,

Plaintiff - Appellant,

v.

ROBERT ANDERSON, Head Commonwealth Attorney; RENEE HAYES, Commonwealth Attorney; ANTHONY NEEDHAM, Commonwealth Attorney; ANNA HAMMOND, Commonwealth Attorney; ELIZABETH LANCASTER, Commonwealth Attorney; AMELIA FLYNN, Commonwealth Attorney; LORRAINE GOLDBERG, Detective; KATIE MITCHELL, Detective; COUNTY OF LOUDOUN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:24-cv-01095-RDA-IDD)

Submitted: April 23, 2026                    Decided: April 28, 2026

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Charles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Charles seeks to appeal the district court's order dismissing his original 42 U.S.C. § 1983 complaint without prejudice but granting him leave to amend.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The order Charles seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (published order) (holding that order dismissing complaint without prejudice is final and appealable if district court does not grant leave to amend).  Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*